**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| DAVID WILLIAMS | CIVIL ACTION |
|---|---|
| VERSUS | |
| SHERIFF JEFFERY TRAVIS, ET AL | 17-1800-SDD-EWD |

### **RULING**

This matter is before the Court on the *Motion to Dismiss*[1] filed by Defendants, Sid J. Gautreaux, III, Sheriff of East Baton Rouge Parish, and Dennis Grimes, Warden of East Baton Rouge Parish Prison. No opposition to this motion has been filed.

Local rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion.

In the present case, the motion by Defendants was electronically filed on January 5, 2018. A review of the record shows that far more than twenty-one (21) days have elapsed since the electronic service of this *Motion*, and no memorandum in opposition has been submitted to date.

Therefore, this *Motion* is deemed to be unopposed and further, after reviewing the record, the Court finds that the *Motion* has merit. Plaintiff's *Petition for Damages*[2] contains no factual allegations concerning these Defendants other than the general allegation that Plaintiff was an inmate of the East Baton Rouge Parish Prison.[3] Additionally, Defendants dispute that Plaintiff was an inmate of East Baton Rouge Parish

---

[1] Rec. Doc. 4.
[2] Rec. Doc. 1-2.
[3] *Id.* at p. 2.
Document Number: 47202

Prison at the time of the alleged incident.[4]

Accordingly, **IT IS HEREBY ORDERED** that the *Motion to Dismiss*[5] by Sheriff Sid J. Gautreaux, III, and Warden Dennis Grimes is GRANTED, and they are dismissed from this case without prejudice.

Any response to this *Ruling*, <u>which should explain the Plaintiff's failure to comply with the Court's deadlines</u>, based on the appropriate Federal Rule of Civil Procedure, shall be filed within fourteen (14) days and must be accompanied by an opposition memorandum to the original Motion.

On review of the pleadings filed along with the opposition, the Court, at its discretion, may assess costs, including attorney's fees, against the moving party, if the Court deems that such a motion was unnecessary had a timely opposition memorandum been filed.[6] A statement of costs conforming to L.R. 54(c) shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than seven (7) days prior to the hearing on the newly filed motion.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 31st day of July, 2018.

                                                    *Shelly D. Dick*
                            **SHELLY D. DICK, CHIEF DISTRICT JUDGE**
                            **MIDDLE DISTRICT OF LOUISIANA**

---

[4] Rec. Doc. 4-1, p. 5.
[5] Rec. Doc. 4.
[6] *See* Fed. R. Civ. P. 16, 83.
Document Number: 47202