# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| DAVID WILLIAMS | CIVIL ACTION |
|---|---|
| VERSUS | |
| SHERIFF JEFFREY TRAVIS, ET AL | 17-1800-SDD-EWD |

## RULING

This matter is before the Court on the *Motion to Dismiss*[1] filed by Defendant, City of Baton Rouge/Parish of East Baton Rouge ("City/Parish"). No opposition to this motion has been filed.

Local rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion.

In the present case, the motion by Defendant was electronically filed on January 9, 2018. A review of the record shows that far more than twenty-one (21) days have elapsed since the electronic service of this *Motion*, and no memorandum in opposition has been submitted to date.

Therefore, this *Motion* is deemed to be unopposed and further, after reviewing the record, the Court finds that the *Motion* has merit. Plaintiff's *Petition for Damages*[2] provides no factual allegations of constitutional deprivations suffered by any action or inaction of the City/Parish.

Accordingly, **IT IS HEREBY ORDERED** that the *Motion to Dismiss*[3] by the City of

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 1-2.
[3] Rec. Doc. 4.
Document Number: 47207

Baton Rouge/Parish of East Baton Rouge is GRANTED, and it is dismissed from this case without prejudice.

Any response to this *Ruling*, which should explain the Plaintiff's failure to comply with the Court's deadlines, based on the appropriate Federal Rule of Civil Procedure, shall be filed within fourteen (14) days and must be accompanied by an opposition memorandum to the original Motion.

On review of the pleadings filed along with the opposition, the Court, at its discretion, may assess costs, including attorney's fees, against the moving party, if the Court deems that such a motion was unnecessary had a timely opposition memorandum been filed.[4]  A statement of costs conforming to L.R. 54(c) shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than seven (7) days prior to the hearing on the newly filed motion.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 1st day of August, 2018.

_____
**SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**

---

[4] *See* Fed. R. Civ. P. 16, 83.
Document Number: 47207